## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |  |
|---|---|---|
| HYUNDAI STEEL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | Court No. 21-00012 |
| Defendant, | ) | |
| | ) | |
| and, | ) | |
| | ) | |
| NUCOR CORPORATION, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |
| | ) | |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Pursuant to Rule 56.2(a) of the Rules of this Court, the parties to this

action respectfully submit this Joint Status Report and Proposed

Briefing Schedule. This report is being filed within 30-days of the

administrative record being filed with the Court, *see* ECF No. 22, and in

accordance with the Court's March 5, 2021 letter, ECF No. 21.

### 1. Does the Court have jurisdiction over the action?

This action challenges certain aspects of the U.S. Department of

Commerce's ("Commerce") *Final Results* in the January 1, 2018 –

December 31, 2018 administrative review of the countervailing duty

order on certain cut-to-length carbon-quality steel plate from the

Republic of Korea. *See Certain Cut-to-Length Carbon-Quality Steel*

*Plate From the Republic of Korea: Final Results of Countervailing Duty*

*Administrative Review; Calendar Year 2018*, 85 Fed. Reg. 84,296 (Dep't

Commerce Dec. 28, 2020), and accompanying Issues and Decision

Memorandum. Plaintiff and Defendant-Intervenor agree that the Court

has exclusive jurisdiction over this action pursuant to 19 U.S.C.

§ 1516a(a)(2) and 28 U.S.C. § 1581(c). Defendant, the United States, at

this time is unaware of any basis upon which to challenge the Court's

jurisdiction.

2. **Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons therefore?**

The parties do not believe that this action should be consolidated

with any other cases, nor should any portion of the case be severed.

3. **Should further proceedings in this case be deferred pending consideration of another case before the Court or any other tribunal and the reasons therefor?**

The parties are not aware of any reason at this time why the above-

captioned case should be deferred pending a decision in another case

before this Court or any other tribunal.

4. **Is there any other information of which the Court should be aware at this time?**

The parties are not aware of any other information at this time of which the Court should be aware.

## METHODOLOGY FOR PREPARING JOINT APPENDIX

All parties have consulted and agree that the Joint Appendix will be prepared pursuant to the "Designation Option" outlined in the instructions referenced in the Court's March 5, 2021 Procedural Order. ECF No. 20. The parties further agree to designate the entire record of the proceeding on appeal. Pursuant to the Court's instructions, the proposed briefing schedule below includes deadlines for parties regarding preparation of the Joint Appendix that reflect the chosen methodology.

## PROPOSED BRIEFING SCHEDULE

All parties have consulted and agree on the following proposed briefing schedule:

- Within fourteen days after the schedule is issued, Plaintiff shall assemble the soft appendix and serve it on all parties.

- Any motions for judgment on the agency record shall be filed on or before June 21, 2021.

- Defendant and Defendant-Intervenor shall file their response briefs on or before September 3, 2021.

- Defendant and Defendant-Intervenor shall provide Plaintiff with a list of cited Appx pages plus contextual Appx pages on or before September 17, 2021.

- Plaintiff shall file its reply brief on or before October 1, 2021.

- Motions for oral argument, if any, shall be filed on or before October 1, 2021.

- The joint appendix shall be filed on or before October 15, 2021.

A proposed scheduling order is attached.

Respectfully submitted,

/s/ Brady W. Mills
Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Mary S. Hodgins

MORRIS MANNING & MARTIN LLP
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005
(202) 216-4116

*Counsel to Plaintiff Hyundai Steel Company*

Dated: April 7, 2021

4

BRIAN M. BOYNTON
Acting Assistant Attorney
General

JEANNE E. DAVIDSON
Director

/s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

OF COUNSEL:
NATALIE MARIE ZINK
Attorney
for Trade Enforcement
and Compliance
U.S. Department of Commerce
Washington, D.C.

/s/ Kelly Ann Krystyniak
KELLY ANN KRYSTYNIAK
Trial Attorney
U.S. Department of Justice
Office of the Chief Counsel
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0163
Fax: (202) 514-8640
Email:
kelly.a.krystyniak@usdoj.gov

Dated:  April 7, 2021

*Attorneys for Defendant*

/s/ Alan H. Price
Alan H. Price
Christopher B. Weld
Derick G. Holt
Adam M. Teslik
Theodore P. Brackemyre

**Wiley Rein LLP**
1776 K Street, NW
Washington, DC 20006
(202) 719-7000

*Counsel to Defendant-Intervenor*
*Nucor Corporation*

Dated:  April 7, 2021

## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |  |
|---|---|---|
| HYUNDAI STEEL COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, | ) | Court No. 21-00012 |
| Defendant, | ) | |
| and, | ) | |
| NUCOR CORPORATION, | ) | |
| Defendant-Intervenor. | ) | |

## ORDER

Upon consideration of the parties' Joint Status Report and Proposed Briefing Schedule, and all other papers and proceedings here, it is hereby

**ORDERED** that the briefing schedule in Court No. 21-00012 will be as follows:

(1)  Within fourteen days after the schedule is issued Plaintiff shall assemble the soft appendix and serve it on all parties.

(2)  Any motions for judgment on the agency record shall be filed on or before June 21, 2021.

(3)  Defendant and Defendant-Intervenor shall file their response briefs on or before September 3, 2021.

(4)  Defendant and Defendant-Intervenor shall provide Plaintiff with a list of cited Appx pages plus contextual Appx pages on or before September 17, 2021.

(5)  Plaintiff shall file its reply brief on or before October 1, 2021.

(6)  Motions for oral argument, if any, shall be filed on or before October 1, 2021.

(7)  The joint appendix shall be filed on or before October 15, 2021.

**SO ORDERED.**

_____

Honorable M. Miller Baker, Judge

Dated: _____, 2021
      New York, NY