UNITED STATES COURT OF INTERNATIONAL TRADE BEFORE:

THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| HYUNDAI STEEL COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>NUCOR CORPORATION, )<br>)<br>Defendant-Intervenor. )<br>) | Court No. 21-00012 |

## ORDER

Upon consideration of plaintiffs' motion for judgment on the agency record, defendant's motion for a voluntary remand, the administrative record, and all other pertinent papers, it is hereby

ORDERED that defendant's unopposed motion for voluntary remand is GRANTED; and it is further

ORDERED that the Department of Commerce shall submit a remand redetermination within 90 days of this Order; and it is further

ORDERED that briefing on plaintiffs' motion for judgment on the agency record is STAYED pending Commerce's remand redetermination.

Dated: November 9, 2021
       New York, New York

/s/ *M. Miller Baker*
    Judge