IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| HYUNDAI STEEL CO.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>And<br><br>NUCOR CORPORATION,<br><br>Defendant-Intervenor. | Court No. 21-00012 |

JOINT STATUS REPORT

Pursuant to the Court's February 7, 2022 Order, ECF. No. 39, the parties to this action respectfully submit this joint status report.

I. Background

On January 12, 2021, Plaintiff, Hyundai Steel Company ("Hyundai Steel"), commenced this action. ECF No. 1. On January 26, 2021, Hyundai Steel alleged that the U.S. Department of Commerce's ("Department") determination that found the Government of Korea's reduction of sewerage fees countervailable was unsupported by

substantial evidence or otherwise not in accordance with law on three counts. ECF No. 11. Hyundai Steel filed its Motion for judgment on the agency record on June, 22, 2021. ECF No. 29.

On November 8, 2021, Defendant, the United States, moved for a voluntary remand in this matter, ECF No. 36, which the Court granted on November 9, 2021, ECF No. 37. On January 14, 2022, the Department released its draft results of its remand redetermination ("Draft Redetermination"), in which the Department reexamined its financial contribution analysis and determined that the reduction of sewerage fees program is not countervailable.

On January 24, 2022, Hyundai Steel filed comments in support of the Draft Redetermination and argued that the Draft Redetermination is supported by substantial evidence and is in accordance with law. Also on January 24, 2022, Defendant-Intervenor, Nucor Corporation, filed its comments on the Draft Redetermination. Nucor Corporation opposed the Draft Redetermination and argued that the Department should find the sewerage fee reduction countervailable.

The Department filed the final results of its remand redetermination ("Redetermination") on February 7, 2022. ECF. No.

38. In its Redetermination, the Department found the sewerage fee reduction not to be countervailable and calculated a *de minimis* 0.49 percent subsidy rate for Hyundai Steel. *Id.* Thereafter, also on February 7, 2022, the Court ordered the parties to file a joint status report "with the parties' views on how this matter should proceed, including any proposed briefing schedule." ECF No. 39.

## II. Joint Status Report

Defendant-Intervenor has indicated that it does not intend to file comments in opposition to the Redetermination, and Plaintiff has indicated that any comments it files would be in support of the Redetermination. Because no party intends to oppose the Redetermination, the parties propose filing a motion asking the Court to enter judgment in favor of the United States. The parties propose to file the motion within seven (7) days of entry of the proposed order submitted herewith.

The parties have conferred with respect to this joint status report. On March 9, 2022, Kelly A. Krystyniak, counsel for Defendant consented to this joint status report and proposed briefing schedule. On

March 9, 2022, Derick G. Holt, counsel for Defendant-Intervenor consented to this joint status report and proposed briefing schedule.

          Respectfully submitted,

          **MORRIS MANNING & MARTIN LLP**
          1401 Eye Street, NW, Suite 600
          Washington, D.C. 20005
          (202) 216-4116

          /s/ Brady W. Mills
          Brady W. Mills
          Donald B. Cameron
          Julie C. Mendoza
          R. Will Planert
          Mary S. Hodgins
          Eugene Degnan
          Edward J. Thomas III
          Jordan L. Fleischer
          Nicholas C. Duffey

          *Attorneys for Plaintiff*

Dated: March 9, 2022

|  |  |
|---|---|
|  | BRIAN M. BOYNTON<br>Principle Deputy Attorney General |
|  | PATRICIA M. MCCARTHY<br>Director |
|  | /s/ Tara K. Hogan<br>TARA K. HOGAN<br>Assistant Director |
| OF COUNSEL:<br>NATALIE M. ZINK<br>Attorney<br>for Trade Enforcement<br>and Compliance<br>U.S. Department of Commerce<br>Washington, D.C. | /s/ Kelly A. Krystyniak<br>KELLY A. KRYSTYNIAK<br>Trial Attorney<br>U.S. Department of Justice<br>Office of the Chief Counsel<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 307-0163<br>Fax: (202) 514-8640<br>Email:<br>kelly.a.krystyniak@usdoj.gov |
| Dated:  March 9, 2022 | *Attorneys for Defendant* |

                                            /s/ Alan H. Price
                                            Alan H. Price
                                            Christopher B. Weld
                                            Derick G. Holt
                                            Adam M. Teslik
                                            Theodore P. Brackemyre

                                            **Wiley Rein LLP**
                                            2050 M Street, NW
                                            Washington, DC 20036
                                            (202) 719-7000

                                            *Counsel to Defendant-Intervenor*
                                                   *Nucor Corporation*

Dated:  March 9, 2022

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| HYUNDAI STEEL CO.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>And<br><br>NUCOR CORPORATION,<br><br>Defendant-Intervenor. | Court No. 21-00012 |

# ORDER

Upon consideration of the parties' Joint Status Report and Proposed Briefing Schedule, and the parties' indication that none intend to oppose the remand redetermination, all other papers and proceedings here, it is hereby

**ORDERED** that the parties shall file a motion seeking entry of judgment in favor of the United States within seven (7) days of the entry of this Order.

**SO ORDERED.**

Dated: _____, 2021
      New York, NY

_____
Honorable M. Miller Baker, Judge