# THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |
|---|---|
| HYUNDAI STEEL CO., | ) |
| Plaintiff, | ) Ct. No. 21-00012 |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| NUCOR CORPORATION, | ) |
| Defendant-Intervenor. | ) |

## JUDGMENT

Upon consideration of the joint status report filed by the parties on March 9, 2022 (ECF no. 43), indicating that no party intends to contest the United States Department of Commerce's Final Results of Redetermination Pursuant to Court Remand (Dep't Commerce Feb. 7, 2022), ECF No. 38, it is hereby

**ORDERED** that the United States Department of Commerce's Final Results of Redetermination Pursuant to Court Remand (Dep't Commerce Feb. 7, 2022), ECF No. 38, are sustained; and it is further

**ORDERED** that judgment be, and hereby is, entered for defendant the United States.

**SO ORDERED**.

DATED: _____, 2022      _____
                                  New York, New York
                                  M. Miller Baker, Judge